# United States Court of Appeals
## For the First Circuit

No. 01-1862

NEAL DAVIGNON AND PATRICIA KELLEY,

Plaintiffs-Appellees/Cross-Appellants,

AMANDA DAVIGNON AND CHELSEA DAVIGNON,

Plaintiffs-Appellees,

v.

KARL D. CLEMMEY AND KARL D. CLEMMEY, JR.,

Defendants-Appellants/Cross-Appellees,

TOWN OF MANSFIELD, MASSACHUSETTS,
ARTHUR O'NEIL, ETC.

Defendants-Appellees,

CLEMMEY, INC., ET AL.,

Defendants.

No. 02-1293

NEAL DAVIGNON AND PATRICIA KELLEY,

Plaintiffs-Appellees/Cross-Appellants,

AMANDA DAVIGNON AND CHELSEA DAVIGNON,

Plaintiffs-Appellees,

v.

KARL D. CLEMMEY AND KARL D. CLEMMEY, JR.,

Defendants-Appellants/Cross-Appellees,

———————

TOWN OF MANSFIELD, MASSACHUSETTS,
ARTHUR O'NEIL, ETC.

Defendants-Appellees,

———————

CLEMMEY, INC., ET AL.,

Defendants.

———————

No. 02-1346

NEAL DAVIGNON AND PATRICIA KELLEY,

Plaintiffs-Appellees/Cross-Appellants,

———————

AMANDA DAVIGNON AND CHELSEA DAVIGNON,

Plaintiffs-Appellees,

v.

KARL D. CLEMMEY AND KARL D. CLEMMEY, JR.,

Defendants-Appellants/Cross-Appellees,

———————

TOWN OF MANSFIELD, MASSACHUSETTS,
ARTHUR O'NEIL, ETC.

Defendants-Appellees,

———————

CLEMMEY, INC., ET AL.,

Defendants.

---

ERRATA SHEET

The opinion of this court issued March 4, 2003, should be amended as follows:

On page 23, n. 8, line 4, "DDS" should be "DSS."

3